ACCEPTED
01-15-00544-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/15/2015 2:38:29 PM
CHRISTOPHER PRINE
CLERK

No. 01-15-00544-CV

In the First Court of Appeals
Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/15/2015 2:38:29 PM
CHRISTOPHER A. PRINE
Clerk

TERRY NEFF AND IRON WORKERS MID-SOUTH PENSION FUND, DERIVATIVELY ON BEHALF OF WEATHERFORD INTERNATIONAL LTD.,

*Appellants,*

v.

NICHOLAS F. BRADY, DAVID J. BUTTERS, WILLILAM E. MACAULAY, ROBERT B. MILLARD, ROBERT K. MOSES, JR., ROBERT A RAYNE, BERNARD J. DUROC-DANNER AND BRUCE M. MARTIN,

*Appellees,*

Appeal from the 270th Judicial District Court, Harris County, Texas

## GEORGE C. AGUILAR'S UNOPPOSED MOTION FOR *PRO HAC VICE* ADMISSION

Joe Kendall (SBN 11260700)
Jamie J. McKey (SBN 24045262)
KENDALL LAW GROUP, LLP
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
jkendall@kendalllawgroup.com
jmckey@kendalllawgroup.com
Telephone: (214) 744-3000
Facsimile: (214) 744-3015

George C. Aguilar (CA SBN 126535)
ROBBINS ARROYO LLP
600 B Street, Suite 1900
San Diego, CA 92101
gaguilar@robbinsarroyo.com
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

ATTORNEYS FOR APPELLANTS

I, George C. Aguilar, under the authority of the Rules Governing Admission to the Bar of Texas, Rule XIX, file this Unopposed Motion for *Pro Hac Vice* Admission to appear before the Court.

## I.    FACTS

1.    As a mandatory initial requirement, I have complied with the requirements of Texas Government Code §82.0361 concerning payment of a non-resident attorney fee to the Board of Law Examiners. A true and correct copy of the Non-Resident Acknowledgment Letter is attached hereto as Exhibit A.

2.    I am associated with Jamie J. McKey of Kendall Law Group, who will personally participate in the proceedings of this case. Jamie J. McKey is a practicing attorney and a member of the State Bar of Texas. Ms. McKey's State Bar card number is 24045262 and her office address, telephone number, and facsimile number are: Kendall Law Group, LLP, 3232 McKinney Avenue, Suite 700, Houston, Texas 75204, Telephone: (214) 744-3000, Facsimile: (214) 744-3015.

3.    I am an active member in good standing of the following jurisdictions: State of California; U.S. District Court for the Northern, Central, and Southern Districts of California; U.S. District Court for the Eastern District of Wisconsin; U.S. District Court for the District of Colorado; and the U.S. Court of Appeals for the Second, Ninth, and Tenth Circuits.

4.   I have not been the subject of disciplinary action in the last five years by the bar or courts of any jurisdiction in which I am licensed.

5.   I have not been denied admission to the courts of any state or to any federal court during the last five years.

6.   I am familiar with the State Bar Act, the State Bar Rules, and the Texas Disciplinary Rules of Professional Conduct governing conduct of members of the State Bar of Texas, and I will abide by and comply with those rules as long as this cause of action is pending.

7.   I have appeared or sought leave to appear in the following Texas State courts in the last two years:

(a)   *Neff v. Brady, et al.*, Cause No. 2010-40764, 270th Judicial District, Harris County, Texas;

(b)   *Phillips, et al. v. Durham, et al.*, Cause No. 10-07655, 134th Judicial District, Dallas County, Texas;

(c)   *Pierce v. Stephenson, et al.*, Cause No. DC-14-13645, 193rd Judicial District, Dallas County, Texas;

(d)   *Richardson v. Newman, et al.*, Cause No. 2013-00623, 333rd Judicial District, Harris County, Texas; and

(e)   *Richardson v. Newman, et al.*, No. 01-13-00757-CV, First Court of Appeals, Houston, Texas.

2

8.     My office address, telephone number, and facsimile number are Robbins Arroyo LLP, 600 B Street, Suite 1900, San Diego, California 92101, Telephone: (619) - 525-3990, Facsimile: (619) 525-3991.

## II.     PRAYER

For these reasons, I ask this Court to grant my Unopposed Motion for *Pro Hac Vice* Admission and to allow me to appear before this Court until the conclusion of this cause of action.

Dated: September 3, 2015                    Respectfully submitted,

ROBBINS ARROYO LLP

George C. Aguilar
CA SBN 126535
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile:  (619) 525-3991
gaguilar@robbinsarroyo.com

*Attorneys for Appellants*

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I hereby certify that counsel for Appellants conferred with counsel for Appellees regarding George C. Aguilar's Motion for *Pro Hac Vice* Admission.  Counsel for Appellees confirmed that Appellees do not oppose the motion.

George C. Aguilar

3

# AFFIDAVIT

STATE OF CALIFORNIA )
                         ) ss.:
COUNTY OF SAN DIEGO )

       Comes now George C. Aguilar, of lawful age, being first duly sworn, and states for his affidavit supporting the within Unopposed Motion for *Pro Hac Vice* Admission that the above-mentioned facts are true based upon his knowledge, information, and belief.

George C. Aguilar

Sworn to and subscribed before me this 2/c day of September, 2015.

Susan Molina

Notary Public

My commission expires: 12/8/2018

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

SUSAN E. MOLINA
Commission # 2089726
Notary Public - California
San Diego County
My Comm. Expires Dec 8, 2018

4

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2015, a true and correct copy of the foregoing motion was served on the following counsel in the manner indicated:

James A. Reeder, Jr.
Jeffrey S. Johnston
Stacy M. Neal
Nicholas Shum
Stephanie Miller
VINSON & ELKINS LLP
1001 Fannin St., Suite 2500
Houston, TX 77002
jreeder@velaw.com
jjohnston@velaw.com
sneal@velaw.com
nshum@velaw.com
smiller@velaw.com
**VIA E-FILE AND E-MAIL**

N. Scott Fletcher
Elizabeth G. Myers
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
sfletcher@jonesday.com
egmyers@jonesday.com
**VIA E-FILE AND E-MAIL**

Robert S. Bennett
Ellen Kennedy
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
robert.bennett@hoganlovells.com
ellen.kennedy@hoganlovells.com
**VIA E-FILE AND E-MAIL**

ROBBINS GELLER RUDMAN
  & DOWD LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
ERIK W. LUEDEKE
655 West Broadway, Suite 1900
San Diego, CA 92101

Rebecca N. Brandt
LATHAM & WATKINS LLP
811 Main Street, Suite 3700
Houston, TX 77002
rebecca.brandt@lw.com
**VIA E-FILE AND E-MAIL**

Peter A. Wald
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
peter.wald@lw.com
**VIA E-FILE AND E-MAIL**

Kevin H. Metz
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
kevin.metz@lw.com
**VIA E-FILE AND E-MAIL**

Noelle M. Reed
Charles W. Schwartz
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1000 Louisiana Street, Suite 6800
Houston, TX 77002
noelle.reed@skadden.com
charles.schwartz@skadden.com
**VIA E-FILE AND E-MAIL**

5

travisd@rgrdlaw.com
bennyg@rgrdlaw.com
eluedeke@rgrdlaw.com
**VIA E-FILE AND E-MAIL**

_____
**JAMIE J. MCKEY**

6